IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES </br>         Plaintiff, | ) </br> ) </br> ) |
| v. | ) Civil Action No. 04-15 </br> ) |
| JASON KOREY </br>         Defendant. | ) </br> ) </br> ) |

MEMORANDUM ORDER

Gary L. Lancaster, </br>
District Judge.                                    July 18, 2007.

On July 5, 2007, the Court entered on the docket a text entry terminating as moot defendant's Motion to Dismiss the Indictment on Double Jeopardy Grounds [document #117]. The reasons for this decision are set forth in footnote 2 of the Court's July 3, 2007 Order of Court [document #124].

BY THE COURT:

_____, J.

cc:   All Counsel of Record